April 23, 2010

Mr. Ken Slavin
Kemp Smith, LLP
221 North Kansas, Suite 1700
El Paso, TX 79901
Mr. Daniel L. Geyser
Asst. Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 08-0958
 Court of Appeals Number: 03-07-00319-CV
 Trial Court Number: D-1-GV-06-1362

Style: PRESIDIO INDEPENDENT SCHOOL DISTRICT
 v.
 ROBERT SCOTT, AS COMMISSIONER OF EDUCATION

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Kathy Sandoval, Deputy Clerk
Enclosures
|cc:|Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Jeffrey D. Kyle |
| |Mr. Richard L. Arnett |